THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Lee
 Loynes, Appellant.
 
 
 

Appeal From Orangeburg County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2007-UP-426
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Johnny Lee Loynes, pled guilty to three
 counts of forgery, less than $5,000.  The trial judge sentenced him to
 concurrent sentences of five years, suspended upon service of four years with
 two years of probation, on each charge.  Loynes counsel attached to the brief a petition to be relieved
 as counsel, stating that he had reviewed the record and concluded this appeal
 lacks merit.  Loynes did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.